UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:24-cv-08450-MCS-SSC** | Date | October 23, 2024 |
|---|---|---|---|
| Title | *Cuevas v. San Fernando Express Lube Inc.* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(B) (JS-6)**

On October 7, 2024, the Court ordered Plaintiff to show cause why his Americans with Disabilities Act claim should not be dismissed without prejudice for lack of standing and why the Court should not decline jurisdiction over the remaining claims. (OSC, ECF No. 13.) The Court warned, "Failure to file a timely and satisfactory response will be construed as a concession that Plaintiff lacks standing to pursue the ADA claim and will result in dismissal without further notice." (*Id.* at 3.) Plaintiff did not submit a timely response. The Court treats this as a concession that Plaintiff lacks standing to pursue the ADA claim. The Court dismisses the ADA claim and declines jurisdiction over the remaining state law claims. 28 U.S.C. § 1367(c)(3).

The case is dismissed without prejudice. This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court directs the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**